ANTHONY M. URIE, PLLC.
Attorney At Law
200 Salmon Harbor Road #99
Smith River, CA
18130 Midvale Ave N.
Shoreline, Washington 98133
California State Bar No. 92363
anthonyurie@gmail.com

Marja Starczewski,Pllc
Attorney At Law, WSBA#2611
Admitted Pro Hac Vice

Harry B. Platis,
Attorney At Law, WSBA#4509
Admitted Pro Hac Vice

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA AT SAN FRANCSICO

| | |
|---|---|
| MARK RUSSO, RUSSEL ROBINETTE, NEXT SEAFOOD COMPANY, INC. RON ALITOTI and others similarly Situated;<br><br>                              Plaintiffs,<br><br>       v.<br><br>M/T DUBAI STAR, In Rem, SOUTH HARMONY SHIPPING INC a foreign corporation, POINEER SHIP MANAGEMENT SERVICES LLC, a foreign Corporation, HEIDMAR, INC. a Connecticut Corporation,<br><br>                              Defendants. | NO. CV09-5158<br><br>AT LAW AND IN AMIRALTY<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO SERVE DEFENDANTS |

THIS MATTER having come before this Court upon motion of the plaintiffs for entry of an Order Granting an Extension of Time of an additional 120 days to serve defendants.

This court having considered the motion, declaration of Marja Starczewski, Esq. and the Memorandum of Points and Authorities.

WHEREFORE, no defendant parties having yet appeared or answered in this action, and good cause appearing to exist, it is

ORDERED that plaintiffs shall have an additional 120 days to serve defendants

IT IS SO ORDERED.

Dated: _____.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

_____
Marja Starczewski,
Washington State Bar # 26111
Of Attorneys for Plaintiff
Admitted Pro Hac Vice