ANTHONY M. URIE, PLLC.
Attorney At Law
200 Salmon Harbor Road #99
Smith River, CA
18130 Midvale Ave N.
Shoreline, Washington 98133
California State Bar No. 92363
anthonyurie@gmail.com

Marja Starzcewski,Pllc
Attorney At Law, WSBA#2611
Admitted Pro Hac Vice

Harry B. Platis,
Attorney At Law, WSBA#4509
Admitted Pro Hac Vice

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA AT SAN FRANCSICO

| | |
|---|---|
| MARK RUSSO, RUSSEL ROBINETTE, NEXT SEAFOOD COMPANY, INC. RON ALITOTI and others similarly Situated;<br>Plaintiffs,<br>v.<br>M/T DUBAI STAR, In Rem, SOUTH HARMONY SHIPPING INC, a foreign corporation, POINEER SHIP MANAGEMENT SERVICES LLC, a foreign Corporation, HEIDMAR, INC. a Connecticut Corporation,<br>Defendants. | NO. CV09-5158 SI<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)<br><br>Judge: Susan Illston |

Come now the plaintiffs and dismiss this suit without prejudice, under FRCP 41(a).

Dated: April 30, 2010;

\_\_\_\_\_/s/ Anthony M. Urie_____
Anthony M. Urie,
Of Counsel for Plaintiffs

Notice of Voluntary Dismissal Without Prejudice   1.

_____/s/ Marja Starczewski_____
Marja M. Starczewski
Admitted Pro Hac Vice
Of Counsel for Plaintiffs

DECLARATION OF SERVICE

I, Marja Starczewski, hereby certify, that on this April 30, 2010, I caused to be served a copy of this Voluntary Withdrawal Without Prejudice upon counsel for defendants, and all counsel of record herein, by ECF electronic filing and service. All counsel for defendants are members of this Court's ECF electronic case filing and service system.

Signed under penalty of perjury, under the Laws of the United States, at San Francisco, California, on this April 30, 2010.


____/s/ Marja Starczewski____
Marja Starczewski
Admitted Pro Hac Vice